People v Jared S. (2023 NY Slip Op 02949)

People v Jared S.

2023 NY Slip Op 02949

Decided on June 01, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 01, 2023

Before: Kapnick, J.P., Oing, Gesmer, Singh, Shulman, JJ. 

Ind. No. 4287/16, SCI No. 1018/17 Appeal No. 361 Case No. 2019-853 

[*1]The People of the State of New York, Respondent,
v
Jared S., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Simon Greenberg of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Alan Gadlin of counsel), for respondent.

Judgment, Supreme Court, New York County (Edwina G. Richardson-Mendelson, J.), rendered May 24, 2017, as amended October 16, 2018, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree and unauthorized use of a vehicle in the third degree, adjudicating him a youthful offender and sentencing him to an aggregate term of one to three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, and with the People's consent, we
vacate the surcharge imposed at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 1, 2023